**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYLE RICHARD SOUTH,** **Plaintiff,** | ) | |
| | ) | **C.A. No. 26-4 Erie** |
| **v.** | ) | **District Judge Susan Paradise Baxter** |
| | ) | **Chief Magistrate Judge Richard Lanzillo** |
| **DANIEL WOODS, et al.,** **Defendants.** | ) | |

## MEMORANDUM ORDER

Plaintiff Kyle Richard South initiated this action in the Court of Common Pleas of McKean County, Pennsylvania, by filing a *pro se* complaint against the McKean County Jail ("MCJ") and eight individuals who either worked or provided services at MCJ: Daniel Woods, Mark Wilcox, CO Walker, CO Chapman, Joshua Black, CO Schreckengost (collectively referred to as "Corrections Defendants"), Amy Morgan, and George Castellano. The action was subsequently removed to this Court pursuant to a Notice of Removal dated January 9, 2026. [ECF No. 1]. The matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's complaint alleges that, while he was detained at MCJ as a pretrial detainee, Defendants neglected to treat his serious medical needs, failed to protect him from a known risk of assault by another inmate, and subjected him to excessive force. On January 26, 2026, the Corrections Defendants filed a motion to dismiss [ECF No. 3], and on January 21, 2026,

Defendant Morgan filed a separate Motion to Dismiss. [ECF No. 6].[1] The Court ordered Plaintiff to respond to the motions by February 23, 2026 [ECF No. 8]; however, Plaintiff failed to timely respond or request an extension.

On March 25, 2026, counsel for the Defendants notified Judge Lanzillo's chambers that Plaintiff had been released from MCJ and provided the Court with an updated address. Based on this information, the Court entered an updated response Order directing Plaintiff to file his responses to the pending motions by April 24, 2026. [ECF No. 10]. Once again, Plaintiff failed to respond to the motions or request an extension by the extended deadline. Thereafter, on May 15, 2026, the Court ordered Plaintiff to show cause for his failure to respond or alternatively to file his responses by June 2, 2026. [ECF No. 11]. Nonetheless, Plaintiff failed to file any response to either the pending motions or the Court's "show cause" order, and also did not request a further extension to do so.

In addition, on June 12, 2026, the Court entered an Order noting that Defendant George Castellano had not been served and directing Plaintiff to submit a completed USM-285 form, together with a waiver of service and notice of lawsuit forms for Defendant Castellano so that the Court could effectuate service upon him. [ECF No. 12]. Plaintiff also failed to comply with this Order.

As a result of Plaintiff's failure to comply with multiple orders of the Court, Judge Lanzillo issued a Report and Recommendation ("R&R") on August 10, 2026, recommending dismissal of this case for Plaintiff's failure to prosecute [ECF No. 13]. Objections to the R&R were due from Plaintiff by August 27, 2026; however, no objections have been filed to date.

---

1 Defendant Castellano has never been served in this case and, thus, is not joined in either motion.

Thus, after de novo review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 11th day of September, 2026;

IT IS HEREBY ORDERED that this case is DISMISSED, without prejudice, for Plaintiff's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b). The report and recommendation of Chief Magistrate Judge Lanzillo, issued August 10, 2026 [ECF No. 13] is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief U.S. Magistrate Judge

All parties of record